VENABLE LLP
Daniel S. Silverman (SBN 137864)
Email:  dssilverman@venable.com
2049 Century Park East
Suite 2300
Los Angeles, California 90067
Telephone:  (310) 229-9900

THORPE NORTH & WESTERN LLP
Jed H. Hansen (*Pro Hac Vice to be filed*)
Email:  hansen@tnw.com
Joseph M. Harmer (*Pro Hac Vice to be filed*)
Email: joseph.harmer@tnw.com
175 South Main, Suite 900
Salt Lake City, Utah 84111
Telephone:  (801) 566-6633

*Attorneys for Plaintiff Da Vinci Medical, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| DA VINCI MEDICAL, INC., a Delaware Corporation, | Case No.:  8:25-01099 |
| Plaintiff, | **COMPLAINT** |
| v. | |
| BODYCENTRE, INC., a California Corporation, | **JURY TRIAL DEMANDED** |
| Defendant. | |

Plaintiff Da Vinci Medical, Inc. ("Da Vinci"), by and through its counsel, hereby files this Complaint with Jury Demand against Defendant Bodycentre, Inc. ("Bodycentre") and alleges as follows:

## NATURE OF THE ACTION

1.       Da Vinci brings this action under Lanham Trademark Act, Title 15, United States Code § 1051, *et seq*, including § 1125(a), California Business and Professional Code §§ 17200 and 17500 *et seq*, and California common law.

2. Since 2015, Da Vinci has specialized in wellness and performance technologies, offering a wide range of products and services including red light therapy, pulsed electromagnetic field therapy (PEMF), exercise with oxygen therapy (EWOT), cryotherapy, hyperbaric chambers, hydrogen therapy, and electromagnetic and light therapy devices.

3. Da Vinci packages some of these products together and markets them as systems that combine oxygen therapy, PEMF, and red light therapy. Those systems are sold as a package and are intended to optimize cellular health, recovery, and performance. Da Vinci sells those systems under the mark SUPERHUMAN PROTOCOL and has done so since 2018.

4. Upon information and belief, sometime in 2022, Bodycentre started using the term LIVE SUPERHUMAN PROTOCOL in connection with services similar to the products packaged and sold by Da Vinci under the SUPERHUMAN PROTOCOL Mark. Bodycentre had knowledge of Da Vinci's trademark prior to its adoption of LIVE SUPERHUMAN PROTOCOL and Da Vinci seeks assistance from the Court to ameliorate the harm resulting from Bodycentre's acts.

## PARTIES

5. Da Vinci is a Delaware corporation but maintains an office and employees in the state of California at 220 Newport Center Drive, Suite 11-239, Newport Beach, CA 92660.

6. Upon information and belief, Bodycentre is a California corporation having a principal place of business at 801 Baker Street, Costa Mesa, California 92626, and conducts business in the United States, including within this judicial district.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338 and 15 U.S.C. § 1125.

8.     This Court has supplemental jurisdiction over California state law claims in this action pursuant to 28 U.S.C. § 1367.

9.     Upon information and belief, venue is proper in this judicial district pursuant to 28 U.S.C. §1391.  Da Vinci began doing business in California in 2015 and began its first use of goods and services for electromagnetic, light, and oxygen therapy services.  Da Vinci's SUPERHUMAN PROTOCOL brand was introduced in California in 2018 and has experienced substantial growth since that time.  Moreover, upon information and belief, Bodycentre conducts continuous and systematic business directly related to the trademarks at issue in this case in this judicial district.  Namely, Bodycentre currently markets, promotes, and sells its goods using the term LIVE SUPERHUMAN PROTOCOL in this judicial district.

10.     Upon information and belief, this Court has personal specific jurisdiction over Bodycentre, as it has purposefully directed its activities toward the state of California and this action is based upon activities that arise out of or relate to those contacts.

### GENERAL ALLEGATIONS

#### DA VINCI'S TRADEMARK

11.     Since at least 2018, Da Vinci has marketed and sold a wellness system under the name SUPERHUMAN PROTOCOL comprising a combination of PEMF (pulsed electromagnetic field therapy), oxygen therapy, and red light therapy designed to optimize cellular health and physical performance.

12.     Da Vinci's SUPERHUMAN PROTOCOL wellness system has become known to consumers as identifying the source of these health and wellness goods and services.  Da Vinci has invested substantial resources in promoting and developing the goodwill associated with the mark.

13.     The term SUPERHUMAN PROTOCOL is not descriptive of any of the goods or services that Da Vinci provides in connection with its use of this term.

14.     Indeed, Da Vinci's SUPERHUMAN PROTOCOL Mark has been used in such a way that its primary significance in the minds of the prospective consumers is the identification of the package of products sold by a single source. Namely, Da Vinci.

15.     An example of how Da Vinci uses the SUPERHUMAN PROTOCOL Mark is shown below:



16.     Since its introduction in 2018, Da Vinci's SUPERHUMAN PROTOCOL brand has experienced dramatic growth and popularity and has been promoted, for example, by UFC star Dana White. *See, e.g.*, https://vimeo.com/938305668

17.     Da Vinci's SUPERHUMAN PROTOCOL branded products have been very successful with sales growing significantly since introduction.

18.     Examples of third-party recognition of Da Vinci's SUPERHUMAN PROTOCOL brand is readily available online.  *See, e.g.*, https://soleabeautylounge.com/superhuman-protocol/, https://snowholistichealth.com/pages/super-human-protocol, and https://acupuncturesyracuse.com/unleashing-your-superhuman-potential-the-superhuman-protocol-and-its-transformative-benefits/.  Printouts from those websites are attached hereto as Exhibit A.

19.     Due to its large distribution and the niche customer awareness of its SUPERHUMAN PROTOCOL branded products, Da Vinci has developed significant federal and common law trademark rights throughout the United States.

### BODYCENTRE'S MISCONDUCT

20.     Upon information and belief, Bodycentre is a spa providing services to its customers that include systems similar to those sold by Da Vinci.

21.     Upon information and belief, early in their relationship, Bodycentre's owner, Mark Ainsworth, served as the personal trainer of Da Vinci's founder and president, Jason Tebeau.

22.     Upon information and belief, during this time (some time prior to 2022), Da Vinci granted Mr. Ainsworth access to use therapy devices and systems that employed the SUPERHUMAN PROTOCOL Mark and began educating him on the protocol and its components.

23.     Upon information and belief, Mr. Ainsworth expressed appreciation for the protocol and was impressed with the devices and systems that employed the SUPERHUMAN PROTOCOL mark.  As a result, Bodycentre and Da Vinci entered into a business arrangement whereby Bodycentre would purchase system components from Da Vinci and promote the SUPERHUMAN PROTOCOL brand.

24.     Upon information and belief, Mr. Ainsworth ultimately chose not to purchase system components from Da Vinci.  Instead, he acquired equipment from third-party vendors.  Mr. Tebeau expressly informed Mr. Ainsworth that he was not authorized to refer to these third-party products—or any resulting regimen—as the SUPERHUMAN PROTOCOL.

25.     The relationship between Mr. Tebeau and Mr. Ainsworth deteriorated, and Da Vinci and Bodycentre eventually parted ways.

26.     Upon information and belief, Bodycentre began using the term SUPERHUMAN PROTOCOL in connection with its own services after the relationship ended.  BodyCentre's services are related to the therapy device and systems sold by Da Vinci that employ the SUPERHUMAN PROTOCOL mark.

27.     Specifically, without permission from Da Vinci, Bodycentre now markets and promotes itself as being the "Home of Live Superhuman® Protocol," which it states is "a proprietary system focused on restoring and enhancing the body at the cellular level" and includes "PEMF Therapy," "Hyperbaric Oxygen Therapy," and "Red Light Therapy."  *See, e.g.*, https://www.bodycentredayspa.com/super-human-protocol

28.     A screenshot from Bodycentre's webpage related to this marketing and promotion is provided below:



**Live Superhuman® Experience Includes:**

- **BEMER PEMF Therapy** – Enhances circulation and cellular energy through bio-electromagnetic technology
- **Hyperbaric Oxygen Therapy (HBOT)** – Saturates plasma with oxygen to boost recovery, performance, and healing
- **Photobiomodulation (Red Light Therapy)** – Stimulates cellular repair and rejuvenation through targeted wavelengths of light
- **NanoVi Cellular Repair** – Repairs oxidative damage by stimulating protein functions at a cellular level

29.     Displeased with Bodycentre's use of Da Vinci's SUPERHUMAN PROTOCOL mark in connection with its spa services, Da Vinci corresponded with Bodycentre in 2022, asking that it cease using the SUPERHUMAN PROTOCOL Mark or any confusingly similar marks, but Bodycentre has refused to stop using the term LIVE SUPERHUMAN PROTOCOL.

30.     Upon information and belief, Bodycentre adopted a mark that was confusingly similar to Da Vinci's SUPERHUMAN PROTOCOL Mark with full knowledge of Da Vinci's prior use of that term.

31.     On or about October 11, 2022, Bodycentre filed an application for a United States federal trademark for the term LIVE SUPERHUMAN for use in connection with, among other things, "Wholesale and retail store services featuring Exercise machines for therapeutic purposes, weight lifting machines for physical therapy, apparatus for magnet therapy, cold therapy devices, cold therapy machines for medical purposes, electromedical rehabilitative and pain management products for clinical and home use, namely, electrical nerve and muscle stimulators, ultrasonic stimulators, magnet therapy stimulators, laser therapy stimulators, electronic light therapy apparatus for the skin…"

32.     That application was given U.S. Ser. No. 97627752 and was allowed on October 31, 2023 (hereinafter "the '752 application").

33.     On or about November 10, 2023, Da Vinci filed its own application for a United States federal trademark for the mark SUPERHUMAN PROTOCOL. That application was given U.S. Ser. No. 98265611 (hereinafter "the '611 application").

34. The United States Patent and Trademark Office has refused to register Da Vinci's '611 application for the mark SUPERHUMAN PROTOCOL on the grounds that it is likely to cause confusion with Bodycentre's '752 application for the term LIVE SUPERHUMAN.

35. Da Vinci used the SUPERHUMAN PROTOCOL Mark in commerce before Bodycentre's use of LIVE SUPERHUMAN PROTOCOL or Bodycentre's '752 application for the term LIVE SUPERHUMAN.

36. Upon information and belief, Bodycentre's use of the term LIVE SUPERHUMAN PROTOCOL in connection with its goods ands services is likely to cause confusion with Da Vinci's SUPERHUMAN PROTOCOL Mark.

37. As a direct and proximate result of Bodycentre's conduct, Da Vinci has suffered, and will continue to suffer, monetary loss and irreparable injury to its business, reputation, and goodwill that will continue unless the unlawful conduct by Bodycentre is preliminarily and permanently enjoined.

## FIRST CAUSE OF ACTION

### (TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN – 15 U.S.C. § 1125(a))

38. Da Vinci hereby incorporates by this reference each and every preceding allegation as if set forth fully herein.

39. Da Vinci owns its SUPERHUMAN PROTOCOL trademark and has not authorized Bodycentre to use its trademark in connection with Bodycentre's goods and services.

40. Upon information and belief, Bodycentre is using the term of LIVE SUPERHUMAN PROTOCOL in connection with services that are similar to those offered by Da Vinci in connection with its SUPERHUMAN PROTOCOL Mark.

41. Upon information and belief, Bodycentre markets and advertises its services through channels of trade that are similar to those used by Da Vinci.

42.     Upon information and belief, Bodycentre is using the term LIVE SUPERHUMAN PROTOCOL in connection with services that are likely to cause confusion with Da Vinci's SUPERHUMAN PROTOCOL Mark.

43.     Through the activities described herein, Bodycentre has engaged in trademark infringement, unfair competition, and false designation of origin pursuant to the Lanham Act, 15 U.S.C. § 1125 and under the common law.

44.     Da Vinci has suffered damages as a result of Bodycentre's misconduct in an amount to be proven at trial.  Additionally, the harm to Da Vinci arising from Bodycentre's acts is not fully compensable by money damages.  Da Vinci has suffered, and continues to suffer, irreparable harm that has no adequate remedy at law.  The irreparable harm will continue unless the infringing conduct by Bodycentre is preliminarily and permanently enjoined.

45.     Upon information and belief, Bodycentre was aware of Da Vinci's SUPERHUMAN PROTOCOL Mark prior to Bodycentre's use of the mark. Accordingly, Bodycentre's unauthorized use of the mark in connection with its goods and services is willful and intentional. As a result, Da Vinci is entitled to treble damages and an award of costs and attorney's fees.

## SECOND CAUSE OF ACTION

### (Unfair Competition Cal. Bus. & Prof. Code § 17200)

46.     Da Vinci hereby incorporates by this reference each and every preceding allegation as if set forth fully herein.

47.     Da Vinci owns its SUPERHUMAN PROTOCOL trademark and has not authorized Bodycentre to use its trademark in connection with Bodycentre's goods and services.

48.     Upon information and belief, Bodycentre is using the term of LIVE SUPERHUMAN PROTOCOL in connection with services that are similar to those offered by Da Vinci in connection with its SUPERHUMAN PROTOCOL Mark.

49.    Upon information and belief, Bodycentre markets and advertises its services through channels of trade that are similar to those used by Da Vinci.

50.    Accordingly, Bodycentre's use of LIVE SUPERHUMAN PROTOCOL in connection with its goods and services is likely to cause confusion, or to cause mistake, or to deceive consumers in light of Da Vinci's SUPERHUMAN PROTOCOL trademark.

51.    Bodycentre's conduct constitutes unfair practices in that Bodycentre's trademark infringement and false designation of origin are likely to mislead or deceive the public into purchasing or consuming goods they would not otherwise purchase, resulting in Bodycentre obtaining a benefit that Da Vinci should have received.

52.    Upon information and belief, Bodycentre's conduct described herein was intentional and willful.

53.    Through these activities, Bodycentre has engaged in unfair competition pursuant to Cal. Bus. & Prof. Code § 17200.

54.    As a direct and proximate result of Bodycentre's conduct, Da Vinci has suffered, and will continue to suffer, monetary loss and irreparable injury to its business, reputation, and goodwill that will continue unless the unlawful conduct by Bodycentre is preliminarily and permanently enjoined.

## THIRD CAUSE OF ACTION

### (False Advertising Cal. Bus. & Prof. Code § 17500)

55.    Da Vinci hereby incorporates by this reference each and every preceding allegation as if set forth fully herein.

56.    Da Vinci owns its SUPERHUMAN PROTOCOL trademark and has not authorized Bodycentre to use its trademark in connection with Bodycentre's goods and services.

57. Upon information and belief, Bodycentre is using the term of LIVE SUPERHUMAN PROTOCOL in connection with services that are similar to those offered by Da Vinci in connection with its SUPERHUMAN PROTOCOL mark.

58. Upon information and belief, Bodycentre markets and advertises its services through channels of trade that are similar to those used by Da Vinci.

59. Accordingly, Bodycentre's use of LIVE SUPERHUMAN PROTOCOL in connection with its goods and services is likely to cause confusion, or to cause mistake, or to deceive consumers in light of Da Vinci's SUPERHUMAN PROTOCOL trademark.

60. Through these activities, Bodycentre has engaged in false advertising pursuant to Cal. Bus. & Prof. Code § 17500.

61. Da Vinci has suffered damages as a result of Bodycentre's misconduct in an amount to be proven at trial.  Additionally, the harm to Da Vinci arising from Bodycentre's acts is not fully compensable by money damages.  Da Vinci has suffered, and continues to suffer, irreparable harm that has no adequate remedy at law and that will continue unless the infringing conduct by Bodycentre is preliminarily and permanently enjoined.

## FOURTH CAUSE OF ACTION

### (TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION – CALIFORNIA COMMON LAW)

62. Da Vinci hereby incorporates by this reference each and every preceding allegation as if set forth fully herein.

63. Da Vinci owns its SUPERHUMAN PROTOCOL trademark and has not authorized Bodycentre to use its trademark in connection with Bodycentre's goods and services.

64. Upon information and belief, Bodycentre is using the term of LIVE SUPERHUMAN PROTOCOL in connection with services that are similar to those offered by Da Vinci in connection with its SUPERHUMAN PROTOCOL Mark.

65.     Upon information and belief, Bodycentre markets and advertises its services through channels of trade that are similar to those used by Da Vinci.

66.     Accordingly, Bodycentre's use of LIVE SUPERHUMAN PROTOCOL in connection with its services is likely to cause confusion, or to cause mistake, or to deceive consumers in light of Da Vinci's SUPERHUMAN PROTOCOL trademark.

67.     Through these activities, Bodycentre has engaged in trademark infringement and unfair competition pursuant to California common law.

68.     Da Vinci has suffered damages as a result of Bodycentre's misconduct in an amount to be proven at trial.  Additionally, the harm to Da Vinci arising from Bodycentre's acts is not fully compensable by money damages.  Da Vinci has suffered, and continues to suffer, irreparable harm that has no adequate remedy at law and that will continue unless the infringing conduct by Bodycentre is preliminarily and permanently enjoined.

**WHEREFORE**, it is respectfully requested that the Court enter a judgment in favor of Da Vinci as follows:

A.      That the Court enter judgment that Bodycentre's use of LIVE SUPERHUMAN PROTOCOL in connection with its goods and services is likely to cause confusion with Da Vinci's SUPERHUMAN PROTOCOL trademark resulting in trademark infringement and unfair competition in violation of the Lanham Act (15 U.S.C. § 1125) and the common law;

B.      That the Court enter judgment that Bodycentre's use of LIVE SUPERHUMAN PROTOCOL in connection with its goods and services is likely to cause confusion with Da Vinci SUPERHUMAN PROTOCOL trademark resulting in unfair competition in violation of Cal. Bus. & Prof. Code § 17200, and the common law;

C.      That the Court enter judgment that Bodycentre's use of LIVE SUPERHUMAN PROTOCOL in connection with its goods and services is likely

to deceive consumers in violation of Cal. Bus. & Prof. Code § 17500, and the common law;

D.     That the Court preliminarily and permanently enjoin Bodycentre, and any subsidiaries, agents, or affiliates of Bodycentre, from using in commerce any mark that infringes or competes unfairly with Da Vinci's SUPERHUMAN PROTOCOL trademark, including the term LIVE SUPERHUMAN or LIVE SUPERHUMAN PROTOCOL;

E.     That the Court order Bodycentre, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Da Vinci within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which Bodycentre has complied with the injunction and ceased all offering of goods and services using the term LIVE SUPERHUMAN PROTOCOL in violation of the Lanham Act;

F.     That the Court order Bodycentre, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all product packaging, catalogs, articles, products, displays, labels, circulars, letterhead, business cards, promotional items, clothing, literature, or other matter in the possession, custody, or under the control of Bodycentre or its agents bearing the trademark LIVE SUPERHUMAN PROTOCOL in any manner, or any mark that is confusingly similar to or a colorable imitation thereof;

G.     That Bodycentre be ordered to conduct corrective advertising to correct consumer confusion;

H.     That Bodycentre be ordered to pay monetary damages, including treble damages pursuant to 15 U.S.C. § 1117 and/or punitive damages, to Da Vinci in an amount to be determined by this Court;

I.      That Bodycentre be ordered to pay Da Vinci's attorneys' fees and costs associated with this action pursuant to the Lanham Act and/or California state law;

J.      That Da Vinci be granted an award of restitution and/or disgorgement of all revenues, earnings, profits, compensation, and benefits that have been obtained by Bodycentre as a result of its unlawful business acts or practices;

K.      That Bodycentre be required to pay prejudgment and post-judgment interest until such awards are paid; and

L.      That Da Vinci have such other and further relief as shall seem just and proper to the Court.

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Da Vinci hereby demands a jury trial on all claims and issues so triable.


DATED: May 22, 2025                 VENABLE LLP

                                    By:   /s/ Daniel S. Silverman
                                        Daniel S. Silverman


                                    THORPE NORTH & WESTERN LLP

                                    Jed H. Hansen
                                    Joseph M. Harmer

                                    *Attorneys for Plaintiff Da Vinci Medical, Inc.*

# EXHIBIT A



First time visitor? Pick $100 towards treatment of your choice in Solea MedSpa or pick the **Promo**

ALL YOU NEED FOR FACE, BODY & SOUL

✉ info@soleabeautylounge.com   ☏ 305-912-2155

WE ARE OPEN

S O L E A
MEDICAL SPA & BEAUTY LOUNGE

FACIAL ⌄   HAIR ⌄   BODY ⌄   IV THERAPY ⌄   SUPERHUMAN PROTOCOL ⌄   ALTERNATIVE MEDICINE ⌄   PROMO   CONTACT US

# SuperHuman Protocol

Have you ever encountered persistent fatigue, pain, and a decline in mental activity? People with chronic pain often have tissues and organs that do not receive enough oxygen and electrons. Restore your cellular balance, relieve blockages, and activate your body in just one session with the Superhuman Protocol.

## Trial Session for $89

**Name** *

**Email** *

Call us now

**Treat Now, Pay Later**

      

## What Is The SuperHuman Protocol?

The Superhuman Protocol is a health improvement program, aiming to enhance the body's recovery speed and the patient's physical skills. The protocol is based on three main components that nourish life – Magnetism (pulsed magnetic field), Oxygen (oxygen therapy), and Light (light therapy).

**Procedure duration:** 30 minutes to 1 hour.
**Results:** replenishment of energy, reduction of pain, and fatigue.
**Anesthesia:** not required.
**Rehabilitation:** not required.

### The Superhuman Protocol Is Suitable For:

– Athletes during their recovery period;
– Fitness enthusiasts or office workers;
– Patients who often experience poor well-being.



Low field magnetic stimulation. It is a type of therapy that promotes cellular communication, which in turn enhances

It is not a substitute for medical consultation or treatment. Superhuman Protocol is used for general wellness and health support!

## Benefits

It is essential that these three elements are used in their correct sequence to achieve the desired effect.

### ① Magnetism

1. Accelerates blood flow, providing more oxygen and nutrients to organs and tissues.
2. Stimulates cell function and the production of ATP (adenosine triphosphate), which is the energy currency of the body's cells.
3. Reduces inflammation, alleviating pain and speeding up healing.
4. Strengthens bones, reducing the risk of osteoporosis.
5. Lowers stress and anxiety.
6. Speeds up recovery after sports training.

### ② Light

1. Improves skin condition – promotes collagen production, reduces wrinkles, and improves overall skin texture.
2. Reduces pain and promotes healing after inflammation.
3. Restores joint mobility.
4. Stimulates muscle recovery.
5. Improves mood – produces serotonin (regulates happiness).
6. Enhances sleep quality and duration – regulates the production of melatonin (regulates sleep cycles).

### ③ Oxygen

1. Increases the absorption of oxygen by cells and tissues.
2. Strengthens the cardiovascular system.
3. Enhances endurance during workouts.
4. Accelerates recovery – oxygen helps remove metabolic waste products.
5. Promotes mental clarity and restores cognitive functions.
6. Stimulates the immune system – increases the generation of immune cells.

SuperHuman Protocol In Three Technologies

### PEMF Cellular Exercise – Step 1

The patient lies down on a mat or pillow that emits low-frequency electromagnetic waves. The pulsation of pulsed fields penetrates the body and interacts with the cells.

PEMF therapy stimulates the production of nitric oxide, helping to expand blood vessels and improve blood flow. It enhances energy production, increases blood flow, and reduces inflammation.

Procedure duration: 8-10 minutes.

Call us now



### HyperMax Oxygen EWOT System – Step 2

The patient performs physical exercises while wearing a mask delivering pure oxygen. Blood is pumped faster and delivers oxygen more quickly to tissues and organs. This accelerates heart function, increases energy, and enhances endurance. The more nitric oxide the body receives, the faster it recovers and reduces inflammation.

The HyperMax Oxygen EWOT System adjusts the intake of oxygen during exercise. It can be used in conjunction with other treatment methods or for prevention.

Duration: up to 15 minutes

Call us now

### Red Light Therapy – Step 3

Infrared light is used for relaxation and stimulation of healing from inflammation. The light energy penetrates the skin, interacting with tissues and cells. The therapy is non-invasive and painless.

Red Light Therapy stimulates blood circulation in the skin. It reduces wrinkles, improves skin color, and structure. The duration and frequency of the treatments depend on the patient's health condition and individual response.

Duration: up to 15 minutes.

Call us now



## Prices

| | |
|---|---|
| 1 session | $175 / $89 trial session |
| Unlimited Membership **MINIMUM COMMITMENT OF 3 MONTHS** | $499* |
| Three Months Unlimited Membership **PRE-PAID IN FULL** | $1200 |
| 5 procedures | $800 |
| 10 procedures | $1450 |
| 15 procedures | $1950 |
| 20 procedures | $2300 |

### Ready To Improve Your Health?

### We'll Develop A Personalized Wellness Plan For You

Our specialist will prepare goals after assessing your health during the initial consultation. They will provide recommendations on nutrition, exercise, and sleep tailored to your needs.

### We Support Our Patients From The Beginning To The End Of The Program

We'll help you implement your wellness plan, and if needed, adjust the course, conduct additional diagnostics, and evaluate your body's progress.



**BODY TREATMENTS**

UltraShape Fat Reduction

VelaShape III Cellulite Reduction

Lipomassage Cellulite Treatment

Lymphatic Drainage Treatments

Venus Legacy

**HEALTH AND WELLNESS TREATMENTS**

Acupuncture

Floatation Therapy

Salt Room Therapy

Nutritionist

**MEDICAL TREATMENTS**

Laser Hair Removal

**FACIAL TREATMENTS**

Lifting Endermolift

Oxygen Infusions

Venus Legacy

Lumecca

Solea Medical Spa and Beauty Lounge your first and final destination for all your beauty and medical needs.

305-912-2155

info@soleabeautylounge.com

18140 Collins Ave, Sunny Isles Beach, FL, 33160, United States

© SOLEA BEAUTY LOUNGE. 2024. ALL RIGHTS RESERVED

Home        Beauty Blog        Specials        Privacy Policy        Contact Us

We use cookies in order to give you the best possible experience on our website. By continuing to use this site, you agree to our use of cookies.        Accept

Top-Reviewed Site ⭐⭐⭐⭐⭐ Free Shipping Over $99 🎁

SNOW
HOLISTIC HEALTH
*Transform Your Health Naturally*

HOME    SERVICES ⌄    QUIZZES ⌄    DR SNOW'S PROTOCOLS ⌄    LEARN ⌄    PATIENT PORTAL    SHOP

RESTORE YOUR HEALTH

## THE SUPERHUMAN PROTOCOL



Our survival depends on magnetism, oxygen, and light. With these three elements in place, we become "superhuman." The benefits of our Superhuman Protocol are compelling, regardless of your age, health, or physical condition. Magnetism, oxygen, and light are the basis of life.

The Superhuman Protocol brings together pulsed electromagnetic field therapy (PEMF) and Exercise with Oxygen Therapy (EWOT), along with Photobiomodulation (PBM Therapy) to give our patients proven results. By exposing your body to this set of powerful natural forces, you can replenish your energy and restore your health.

Using the Superhuman Protocol, we will help rejuvenate your body with only 33 minutes of treatment per day!

REQUEST A CONSULTATION

## WHY THE SUPERHUMAN PROTOCOL WORKS

Each technology has a profound effect on the next. For example, charging the cells separates them allowing for more oxygen absorption. This is the immediate window of opportunity for oxygen training. EWOT (exercise with oxygen) can be 30% more effective after PEMF (pulsed electromagnetic field). Light is then optimized because of the additional O2 in the blood plasma and cellular surface space has increased (cells now repel vs. clump) creating a window of opportunity for optimal light absorption and oxygen uptake to reverse the oxidative stress and optimize ATP (energy) production.

CONTACT US

## HOW THE THREE-STEP
## SUPERHUMAN PROTOCOL WORKS







STEP 1 – MAGNETISM         STEP 2 – OXYGEN         STEP 3 – LIGHT

GET STARTED

OUR TREATMENT TAKES THE FORM OF A
COMPREHENSIVE THREE-STEP PROGRAM:

### STEP 1 – MAGNETISM

Pulsed Electro-Magnetic Field (PEMF) therapy takes advantage of the power of magnetism to stimulate and exercise your cells to resolve cellular dysfunction while supporting your overall wellbeing. Dr. Snow recommends the treatment to many of his patients in Lake Charles for its proven therapeutic effects.

When you book an appointment with Dr. Snow, he will evaluate your injury or health status and determine if Pulsed Electro-Magnetic Field (PEMF) therapy can help improve your condition.

PEMF therapy works on the idea that your cells are like batteries. These batteries slowly drain their energy with extended use, leaving your body and mind feeling depleted and tired. Our clinic uses PEMF technology to regenerate cellular energy without invasive procedures. The procedure amplifies natural energy to encourage your body to function more efficiently.

### STEP 2 – OXYGEN

Exercise with Oxygen Therapy (EWOT), also known as Exercise with Oxygen Training or Multistep Oxygen Therapy, is a procedure that has gained plenty of momentum for effectively improving athletic performance. The idea of EWOT is to have a patient inhale a high concentration of oxygen while carrying out aerobic exercise.

When EWOT is done after PEMF, the effects are more pronounced than when done on its own. If the cells in your body have a low pH (low voltage), they tend to clump together, reducing blood flow and lowering the body's oxygen uptake. The combination of PEMF and EWOT used in the Superhuman Protocol offers the most effective treatment in the industry.

### STEP 3 – LIGHT

Use rows to highlight unique features, Photobiomodulation (PBM Therapy), also known as Low-Level Laser Therapy, involves the application of the red and near infra-red spectrum of light over your body to lower inflammation and offer relief for acute or chronic pain. The procedure has provided proven results for decades, its first reported use in 1967.

Unlike treatments that use prescriptions and injections to mask the symptoms without treating the underlying injury, PBM Therapy delivers light into the body and damaged cells as photons. The resulting biochemical boost of cell energy transforms damaged or diseased cells into a healthy state.

Photobiomodulation therapy helps to increase the quality, tensile strength of tissues, and speed of cell regeneration while relieving pain and resolving inflammation.or other sales information.



**Book a complimentary appointment today to get more information on our Super Human Protocol!**

**Let's get started!**

BOOK YOUR APPOINTMENT NOW

**SNOW HOLISTIC HEALTH**

2025 © Snow Holistic Health

Holistic Healthcare
To Transform Your Health Naturally!

 




**QUICK LINKS**

Shop Now
Contact Us
Patient Portal
About Us

**TERMS & CONDITIONS**

Privacy Policy
Terms of Service
Return Policy
Subscription Policy

**NEWSLETTER**

Be the first to receive updates on new arrivals, special promos and sales.

Your Email        Ok

* These claims/statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure, or prevent any disease. Snow Holistic Health is authorized to sell Standard Process Products, but is not a partner, franchisor, joint venturer, agent, or employee of Standard Process Inc.

Dr Eric Snow, D.C., Chiropractic Physician
721 E. Bayou Pines Drive - Lake Charles, LA 70601
info@snowholistichealth.com
337-478-1313





Orthopedic & Sports Acupuncture
of Onondaga County

Specialties    FAQ    Contact    About Us    Methods    Blog    🔍



Unleashing Your Superhuman Potential. The Superhuman Protocol and Its Transformative Benefits

**The Superhuman Protocol**

### Blogs



**The Superhuman Protocol**

## Unleashing Your Superhuman Potential. The Superhuman Protocol and Its Transformative Benefits

Hey, athletes, fitness enthusiasts, and wellness seekers! Today, we're diving into the incredible world of the Superhuman Protocol.

This groundbreaking approach to health and wellness has been making waves, with none other than UFC President Dana White experiencing a jaw-dropping transformation.

In this blog post, we'll explore the Superhuman Protocol, its key components, and how it can help you unleash your superhuman potential, whether you're a professional athlete or simply looking to optimize your well-being.



Dana White's Transformation: A Testament to the Protocol's Power

 Why the Homunculus Lied. Rethinking the Motor Cortex and What It Means for Injury Rehab
April 30, 2025

 The Missing Link Between Injury Recovery and Peak Performance. Strength & Conditioning for Rehabilitation
March 18, 2025

 Functional Assessment in Sports. The Missing Link to Performance and Injury Prevention
March 12, 2025

 The Temporary Relief Paradox: A Functional Analysis of Joint Manipulation
December 9, 2024

 Is Backwards Walking The Missing Link in Your Pain-Free Performance?
October 26, 2024

 Eddie Hall. The Science Behind Superhuman Strength
October 15, 2024

The Superhuman Protocol: A Game-Changer

The Superhuman Protocol is not just another health approach; it's a unique and comprehensive system. It merges state-of-the-art technology with ancient wisdom, providing an unmatched path to peak performance in efficacy.

The Superhuman Protocol is not just about achieving external results; it's about feeling your absolute best physically and mentally. It can elevate your athletic performance and everyday life by tackling the root causes of various health issues and optimizing your body's natural processes.

## Dana White's Transformation: A Testament to the Protocol's Power

If you need proof of the Superhuman Protocol's effectiveness, look no further than Dana White's incredible transformation. After struggling with health issues for years and finding no relief from conventional treatments, White turned to the Superhuman Protocol, a decision that changed his life.

In just a few weeks, he experienced a dramatic shift in his energy levels, sleep quality, and overall well-being. His story is a powerful reminder that amazing things can happen when you give your body what it needs.

## The Four Pillars of the Superhuman Protocol

### 1. PMF Pad: Pulse Electromagnetic Field Therapy

The PMF pad is a game-changer when it comes to cellular health. By mimicking the Earth's natural magnetic field, your cells eliminate waste, repair damage, and regenerate more efficiently. Sleeping on a PMF pad can enhance your body's natural healing processes, leaving you feeling refreshed and energized each morning.

### 2. Cold Plunging: The Ultimate Wake-Up Call

Cold plunging might sound intimidating, but it's potent for boosting your metabolism, reducing inflammation, and elevating your mood. Spending just a few minutes in cold water (around 50°F) can activate brown fat, release endorphins, and give your body a natural energy boost that rivals any cup of coffee.

### 3. Oxygen Therapy: Breathing Life into Your Cells

Exercise with Oxygen Therapy (EWOT) is a simple yet effective way to flood your cells with pure, concentrated oxygen. Breathing in 93-95% pure oxygen while exercising, you're helping your body repair, regenerate, and detoxify at a cellular level. Just 10-12 minutes of EWOT can leave you feeling invigorated and ready to tackle any challenge.

### 4. Red Light Therapy: Harnessing the Power of Light

Red light therapy, also known as photobiomodulation, uses specific wavelengths of light to stimulate healing, reduce inflammation, and enhance cellular function. Whether you want to improve your skin, recover from a tough workout, or boost your overall vitality, red light therapy can be an incredibly powerful tool in your wellness arsenal.

## Accessible Alternatives to the Superhuman Protocol

While the Superhuman Protocol's four pillars are highly effective, there are also accessible alternatives for those without access to specialized equipment. Here are some options that can help you tap into your superhuman potential:

**1. Cold Showers or Ice Baths:** If you don't have access to a cold plunge tank, you can still reap the benefits of cold therapy by taking cold showers or creating your own ice bath at home. Start with a few seconds of cold water at the end of your shower and gradually increase the duration. Fill a tub with cold water for an ice bath and add ice until it reaches around 50°F.

**2. Breath Work:** Instead of Exercising with oxygen therapy (EWOT), you can practice breathing work techniques like the Wim Hof Method. This involves deep, rhythmic breaths followed by breath holds, which can help oxygenate your cells, reduce stress, and boost your immune system. Start with a guided video or app and work up to longer sessions.

**3. Sunlight Exposure:** While red light therapy devices can be beneficial, you can also harness the power of natural light by spending time outdoors. Aim to get at least 10-15 minutes of direct sunlight exposure each day, preferably in the morning. This can help regulate your circadian rhythm, boost your mood, and support vitamin D production.

## No Fad's Here

The Superhuman Protocol isn't just another fad or quick fix; it's a comprehensive approach to health and wellness that empowers you to take control of your health and achieve the vitality and performance you never thought possible. By combining cutting-edge technology with timeless wisdom, the Superhuman Protocol gives you the power to reach your full potential.

Whether you're a professional athlete, a fitness enthusiast, or someone striving to feel your best, the Superhuman Protocol is a journey worth embarking on. It's designed to be accessible to all, and with the right tools, knowledge, and commitment, you can experience a transformation like Dana White's and unleash your inner superhuman.

At Acupuncture Syracuse, we're passionate about helping our clients achieve optimal health and performance. If you're ready to take your well-being to the next level, we're here to guide you every step of the way.

Ready to tap into your superhuman potential? Contact Acupuncture Syracuse today to schedule a consultation and begin creating a customized protocol that fits your unique needs and goals. Your journey to optimal health and performance starts now!

Share This :     

  



**Visit our Location**
442 South Bay Rd. North Syracuse, NY 13212

**Phone:** 315-935-5700
**Fax:** 315-295-2670

**Send us a Message**
appointments@acupuncturesyracuse.com

Orthopedic & Sports Acupuncture

Quick Links     Our Specialities     Opening Hours

We believe that no one should have to live with pain or chronic illness. Everyone should enjoy vibrant health and be able to do the things they love.  We're dedicated to helping you achieve the healthiest version of you possible.

- Specialties
- FAQ
- Contact
- About Us
- Methods
- Blog

- Injuries & Pain
- Sports Performance
- Fibromyalgia & Autoimmune

| Monday | 09:30-18:00 |
| Tuesday | 09:30-18:00 |
| Wednesday | 09:30-18:00 |
| Thursday | 09:30-18:00 |

Copyright © Orthopedic & Sports Acupuncture All rights reserved